ALEX W. CREEDON ET AL. *v.* MARTIN J. O'MEARA ET AL.

The motion by the plaintiffs to dismiss the appeal from the Superior Court in Hartford County is granted.

*Valentine J. Sacco,* for the appellees (plaintiffs).

No appearance for the appellants (defendants).

Argued December 6—decided December 6, 1968

HOWARD W. SESSIONS *v.* ARTHUR S. SACHS ET AL.

The motion by the plaintiff to be permitted to present additional evidence in the appeal from the Superior Court in Hartford County is denied.

*Howard W. Sessions,* pro se, on the motion.

Submitted December 17—decided December 17, 1968

BARRY D. GREENE, TRUSTEE (ESTATE OF GEORGE F. COLBY) *v.* ALFRED W. CAVEDON ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Hartford County is denied.

*John A. Spector,* for the appellee (plaintiff).

*Mark S. Shipman,* for the appellant (named defendant).

Argued January 7—decided January 7, 1969